MARY CARLEY, as Administratrix of the Estate of PATRICK CARLEY, Deceased, Appellant, *v.* ADRIAN H. JOLINE et al., as Receivers of the METROPOLITAN STREET RAILWAY COMPANY, Respondents.

*Carley* v. *Joline*, 159 App. Div. 780, affirmed.
(Argued December 16, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1914, upon an order reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligent operation of a car on defendants' railway.

*Joab H. Banton* and *John J. Pheelan* for appellant.

*Lemuel E. Quigg* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.